# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

**Advanced Dermatology,**                       **Case No. 1:19-cv-02501**

                 **Plaintiff,**

   -vs-

                                                  **JUDGE PAMELA A. BARKER**

**Field Research, Inc.,**

                 **Defendant**        **ORDER**

      The Court has been advised the action has settled. Therefore, it is not necessary the action remain on the calendar of the Court.

      IT IS ORDERED this action is closed. It shall be marked settled and dismissed, with prejudice, each party to bear its own costs.   The Court shall retain jurisdiction to (1) vacate this Order and reopen the action upon cause shown that settlement has not been completed and further litigation is necessary or (2) alter the terms of settlement and dismissal upon agreement of the parties.

      **IT IS SO ORDERED.**

                                                      /S/ Pamela A. Barker
Date May 26, 20200                       PAMELA A. BARKER
                                                      United States District Judge